IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DENNIS M. WEINER,<br><br>Debtor. | )<br>)<br>)  Chapter 7<br>)<br>)  Case No.  18-18460-JKF<br>)<br>)<br>) |

### ORDER

AND NOW, upon consideration of the Application of Gary F. Seitz, the Chapter 7 Trustee, to Appoint Gellert Scali Busenkell & Brown LLC as General Counsel it is hereby

ORDERED AND DECREED that Gellert Scali Busenkell & Brown LLC is appointed as general counsel to the Chapter 7 Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with In re: Busy Beaver Building Centers, Inc., 19 F.3d 33 (3d Cir. 1994).

**Date: June 25, 2019**

Dated: _____

BY THE COURT: _____

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE