IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 7 <br> ) <br> ) Case No.  18-18460-JKF <br> ) <br> ) |
| DENNIS M. WEINER, | |
| Debtor. | |

## ORDER

AND NOW, upon consideration of the Application of Trustee to Employ Sanders Phillips Grossman, LLC as Special Counsel, and after notice and opportunity for hearing, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Trustee is authorized to retain Sanders Phillips Grossman, LLC as special counsel as provided for in the Application, to receive compensation of no more than forty percent (40%) of any recovery, plus reimbursement of costs and expenses, subject to application to the court for approval of payment of the fees and expenses as required under the pertinent rules of court.

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Dated:  10/7/19