United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis M. Weiner  
    Debtor

Case No. 18-18460-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Oct 07, 2019  
                Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
```
db             +Dennis M. Weiner,    777 W. Germantown Pike,   Apt. 126,   Plymouth Meeting, PA 19462-1025
sp             +RANDI KASSAN,    Sanders Phillips Grossman, LLC,    100 Garden City Plaza, Suite 500,
                 Garden City, NY 11530-3207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 08 2019 03:19:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 08 2019 03:19:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 08 2019 03:19:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2019 03:21:11     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
```
              DIANA M. DIXON    on behalf of Debtor Dennis M. Weiner dianamdixonesq@gmail.com
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;Jblackford@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;Jblackford@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| DENNIS M. WEINER, | ) |
| | ) Case No. 18-18460-JKF |
| Debtor. | ) |
| | ) |

### ORDER

AND NOW, upon consideration of the Application of Trustee to Employ Sanders Phillips Grossman, LLC as Special Counsel, and after notice and opportunity for hearing, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Trustee is authorized to retain Sanders Phillips Grossman, LLC as special counsel as provided for in the Application, to receive compensation of no more than forty percent (40%) of any recovery, plus reimbursement of costs and expenses, subject to application to the court for approval of payment of the fees and expenses as required under the pertinent rules of court.

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Dated: 10/7/19