# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dennis M. Weiner<br>　　　　　　　Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>　　　　　　　Movant<br>vs. | NO. 18-18460 JKF |
| Dennis M. Weiner<br>　　　　　　　Debtor(s) | |
| Gary F. Seitz<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 Toyota Rav4, VIN: 2T3DFREV8FW289593  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this    13th    day of  November          , 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

Dennis M. Weiner
777 W. Germantown Pike
Apt. 126
Plymouth Meeting, PA 19462

Diana M. Dixon, Esq.
107 N. Broad Street (VIA ECF)
Suite 307
Doylestown, PA 18901

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532