**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DENNIS M. WEINER, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 18-18460 ELF |

# O R D E R

      **AND NOW**, it is hereby **ORDERED** that **on or before August 3, 2020,** the Trustee shall file a **Status Report** describing:

      (1) the developments, if any, in case administration since the last docket activity;

      (2) the action(s) that the Trustee intends to take to complete administration of this case; and

      (3) the expected dates by which the Trustee expects to take such action(s).

**Date: July 16, 2020**

                                              **ERIC L. FRANK**
                                              **U.S. BANKRUPTCY JUDGE**