**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DENNIS M. WEINER,<br><br>DEBTOR. | CHAPTER 7<br><br>CASE NO. 18-18460-ELF |

### STATUS REPORT OF GARY SEITZ, CHAPTER 7 TRUSTEE

Gary F. Seitz, Chapter 7 Trustee provides the following status report regarding (1) the developments, if any, in case administration since the last docket activity; (2) the action(s) that the Trustee intends to take to complete administration of this case; and (3) the expected dates by which the Trustee expects to take such actions regarding administration of the assets of the Bankruptcy Estate:

(1) The asset under case administration in this case is a personal injury lawsuit pending in federal court as a multidistrict proceeding. Special counsel has been engaged and is prosecuting the case. The Trustee continues to monitor the special counsel and the case.

(2) The Trustee plans to continue to monitor the case and work toward a consensual resolution.

(3) Special counsel reports that the case is in the discovery stage and estimates that settlement discussions will not likely start until later this year or early next year depending on court congestion. At the current time, the Trustee is unable to realistically estimate when the final report will be provided to the office of the United States Trustee.

Dated: August 3, 2020

/s/Gary F. Seitz
Gary F. Seitz
Chapter 7 Trustee