# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DENNIS M. WEINER, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No.  18-18460 ELF |

# O R D E R

**AND NOW**, it is hereby **ORDERED** that **on or before August 31, 2021,** the Trustee shall file a **Status Report** describing:

(1) the developments, if any, in case administration since the last docket activity;

(2) the action(s) that the Trustee intends to take to complete administration of this case; and

(3) the expected dates by which the Trustee expects to take such action(s).

Date: August 10, 2021

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE