IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DENNIS M. WEINER, | ) | Case No. 18-18460-ELF |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STATUS REPORT OF THE CHAPTER 7 TRUSTEE

Gary F. Seitz, Chapter 7 Trustee provides the following status report regarding (1) the developments, if any, in case administration since the last docket activity; (2) the action(s) that the Trustee intends to take to complete administration of this case; and (3) the expected dates by which the Trustee expects to take such actions regarding administration of the assets of the Bankruptcy Estate:

(1) Developments: The asset under case administration is a personal injury lawsuit pending in Multi District Litigation assigned to the District Court in Minnesota. Special counsel has been engaged and is prosecuting the case. The Trustee has been informed that the federal appeals court recently overturned a decision by the lower court that had wrongly precluded testimony from medical experts supporting the plaintiffs' claims. However, the defendant continues to vigorously defend the case on remand. Special counsel is hopeful that the current developments will lead to settlement possibilities.

(2) Actions: The Trustee plans to continue to monitor the case and work with special counsel.

(3) Dates: Since the MDL case has recently been remanded to the District Court for further handling including possibly trial, the Trustee anticipates providing his final report to the office of the United States Trustee no

earlier than March of 2022.

Dated: August 27, 2021							CHAPTER 7 TRUSTEE

/s/ Gary F. Seitz
Gary F. Seitz (PA ID #52865)
Gellert Scali Busenkell & Brown, LLC
1628 JFK BLVD, STE 1901
Philadelphia, PA 19103
Telephone:   (215) 238-0011
Facsimile:   (215) 238-0016
E-mail:  gseitz@gsbblaw.com