**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **DENNIS M. WEINER,** | : | Chapter 7 |
| | | : | |
| | **Debtor** | : | Bky. No. 18-18460 ELF |

# O R D E R

**AND NOW**, it is hereby **ORDERED** that **on or before May 2, 2022,** the Trustee shall file a **Status Report** describing:

(1) the developments, if any, in case administration since the last docket activity;

(2) the action(s) that the Trustee intends to take to complete administration of this case; and

(3) the expected dates by which the Trustee expects to take such action(s).

**Date: April 18, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**