United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18460-elf |
| Dennis M. Weiner | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dennis M. Weiner, 777 W. Germantown Pike, Apt. 126, Plymouth Meeting, PA 19462-1025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: gseitz@gsbblaw.com | Apr 18 2022 23:44:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 18 2022 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2022            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DIANA M. DIXON | on behalf of Debtor Dennis M. Weiner dianamdixonesq@gmail.com |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 3 |

HOLLY SMITH MILLER  on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  abrown@gsbblaw.com

KEVIN G. MCDONALD  on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

United States Trustee  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DENNIS M. WEINER, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 18-18460 ELF |

## O R D E R

**AND NOW**, it is hereby **ORDERED** that **on or before May 2, 2022,** the Trustee shall file a **Status Report** describing:

(1) the developments, if any, in case administration since the last docket activity;

(2) the action(s) that the Trustee intends to take to complete administration of this case; and

(3) the expected dates by which the Trustee expects to take such action(s).

Date: April 18, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**