**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DENNIS M. WEINER, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No.  18-18460 ELF |

## O R D E R

AND NOW, it is hereby ORDERED that **on or before January 23, 2023,** the Trustee shall file a **Status Report** describing:

(1) the developments, if any, in case administration since the last docket activity;

(2) the action(s) that the Trustee intends to take to complete administration of this case; and

(3) the expected dates by which the Trustee expects to take such action(s).

Date: January 9, 2023

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE