**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSLYVANIA**

| | |
|---|---|
| In re: | ) Chapter 7 )  ) Case No. 18-18460-ELF |
| DENNIS M. WEINER | ) ) |
| Debtor | ) ) |

**STATUS REPORT OF THE CHAPTER 7 TRUSTEE**

Gary F. Seitz, Chapter 7 Trustee provides the following status report regarding (1) the developments, if any, in case administration since the last docket activity; (2) the action(s) that the Trustee intends to take to complete administration of this case; and (3) the expected dates by which the Trustee expects to take such actions regarding administration of the assets of the Bankruptcy Estate:

**(1)**   Developments: The asset under case administration is a personal injury lawsuit pending along with nearly 6,000 other lawsuits in federal Multi-District Litigation involving a widely used device produced by 3M Company to keep surgical patients warm but which caused them to develop infections. Special counsel has been engaged and is prosecuting the case. The Trustee has been informed that the case was remanded to district court after a successful appeal to the Supreme Court reversing summary judgment for the defendants. The District Court has proposed alternative dispute resolution that special counsel is pursuing.

**(2)**   Actions: The Trustee plans to continue to monitor the case and work toward a consensual resolution with special counsel.

**(3)**   Dates: Since discovery is just restarting in District Court after remand, Special Counsel is unable to provide a date by which discovery and alternative dispute resolution would be completed.

| | |
|---|---|
| Dated: January 26, 2023 | CHAPTER 7 TRUSTEE |
| | /s/ Gary F. Seitz |
| | Gary F. Seitz (PA ID #52865)<br>Gellert Scali Busenkell & Brown, LLC<br>1628 JFK BLVD, STE 1901<br>Philadelphia, PA 19103<br>Telephone:   (267) 908-4350<br>Facsimile:   (215) 563-2583<br>E-mail:  gseitz@gsbblaw.com |