**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:                         CHAPTER 7

DENNIS M. WEINER,
                                          CASE NO. 18-18460-AMC
    Debtor.

## PRAECIPE TO RESIGN APPOINTMENT

I hereby resign the appointment as Chapter 7 Trustee in the above captioned case.

    /s/ Gary F. Seitz
    _____
    Gary F. Seitz
    gseitz@gsbblaw.com
    (215) 238-0011

DATED:  __July 29, 2024__