IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| **DENNIS M. WEINER** | : | BANKRUPTCY NO. 18-18460(AMC) |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the Application of Robert W. Seitzer, Successor Chapter 7 Trustee (the "Successor Trustee"), to Employ Milberg Coleman Bryson Phillips Grossman LLP ("MCBPG") as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application"), and good cause having been shown; it is hereby

**ORDERED,** that the Application is **APPROVED**; it is further

**ORDERED,** that MCBPG is employed as special counsel; and it is further

**ORDERED,** that all of MCBPG's fees and expenses, including requests for reimbursement for costs related to the case litigated by MCBPG, are subject to review under 11 U.S.C. § 330 and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of the Court.

BY THE COURT:

Dated: Sept. 23, 2024

_____
ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE