**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| DENNIS M. WEINER | : | BANKRUPTCY NO. 18-18460 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

**NOTICE OF ANNUAL RATE INCREASE OF KARALIS PC**
**AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

**PLEASE TAKE NOTICE** that, Karalis PC, counsel to the Chapter 7 Trustee in the above-captioned case, hereby provides notice of the following revised hourly rates effective as of January 1, 2025.

| Title | Hourly Rate Range |
|---|---|
| Partner | $525.00 to $675.00 |
| Of Counsel | $575.00 |
| Associate | $300.00 to $325.00 |
| Paralegal | $180.00 |

**KARALIS PC**

By:  /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Counsel to the Chapter 7 Trustee*

Dated: January 7, 2025