**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DENNIS M. WEINER** | : | **BANKRUPTCY NO. 18-18460 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

**NOTICE OF ANNUAL RATE INCREASE OF KARALIS PC**
**AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

    **PLEASE TAKE NOTICE** that, Karalis PC, counsel to the Chapter 7 Trustee in the above-

captioned case, hereby provides notice of the following revised hourly rates effective as of January

1, 2026.

| Title | Hourly Rate Range |
|---|---|
| Partner | $575.00 to $735.00 |
| Of Counsel | $625.00 |
| Associate | $300.00 to $350.00 |
| Paralegal | $195.00 |

**KARALIS PC**


By:  /s/ Robert W. Seitzer
      ROBERT W. SEITZER
      1900 Spruce Street
      Philadelphia, PA 19103
      (215) 546-4500
      rseitzer@karalislaw.com

      *Counsel to the Chapter 7 Trustee*

Dated: January 6, 2026